IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY MALDONADO, | ) | Case No. 2:13-cv-00385-EFB |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| CAROLYN W. COLVIN, | ) ) | |
| Commissioner of Social Security, | ) ) | |
| Defendant. | ) ) | |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Joint Stipulation and Proposed Order to Extend Briefing Deadlines as the Order of this Court.  The Court hereby **EXTENDS** the schedule in this matter as follows:

1.     The deadline for the filing of Plaintiff's motion for summary judgment and/or remand is extended thirty (30) days to October 9, 2013;

2.     All other deadlines and scheduling matters set forth in the Court's March 4, 2013 Scheduling Order remain the same.

**IT IS SO ORDERED,** this _9th_ day of September, 2013.

Hon. Edmund F. Brennan,
United States Magistrate Judge