Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
ANTHONY MALDONADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MALDONADO, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:13-cv-00385-EFB <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 38 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND DOLLARS ($7,000.00). This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

Upon the Court's issuance of an order granting EAJA fees to plaintiff, the government will consider the issue of plaintiff's assignment of EAJA fees to plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine if they are subject to any offset.

If the Department of the Treasury determines that plaintiff does not owe a federal debt, then the government will cause the payment of fees to be made directly to plaintiff's attorney, LAW

OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by plaintiff. Any payments made will be delivered to JARED T. WALKER.

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that plaintiff and/or plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

Dated: December 10, 2014     Respectfully submitted,

                                    __/s/ *Jared Walker*_____
                                    JARED T. WALKER,
                                    Attorney for Plaintiff Anthony Maldonado


                                    BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration


Dated: December 10, 2014     /s/ *Tina R. Saladino*_____
                                    [*As authorized via e-mail on 12/10/2014]
                                    TINA R. SALADINO
                                    Special Assistant United States Attorney

### **ORDER**

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA), IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND DOLLARS ($7,000.00) subject to the terms of the parties' Stipulation.

Dated: December 15, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE